IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN W. TOGERSON,

    Petitioner,

v.

                                      Case No. 18-cv-497-jdp

JON E. LITSCHER,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner John Torgerson's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

          /s/                                     01/15/2019
Peter Oppeneer, Clerk of Court                Date