UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF WISCONSIN
CASE 3:18-CV-00497-JDP

JOHN W. TORGERSON, PETITIONER
V.
JON E. LITSCHER, RESPONDENT

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT
JOHN W. TORGERSON, PETITIONER
IN THE ABOVE NAMED CASE HERE-
BY APPEALS TO THE UNITED STATES
COURT OF APPEALS FOR THE
SEVENTH CIRCUIT FROM AN
OPINION AND ORDER ENTERED
IN THIS ACTION ON THE 15TH
DAY OF JANUARY, 2019.

John W. Torgerson 1-27-19
MCNAUGHTON CORR CTR
LAKE TOMAHAWK, WI 54539
AFTER MARCH 19, 2019:
W2516 SILVER SPRINGS DR
EAU CLAIRE, WI 54701

JOHN W. TORGERSON 628235
MCC
LAKE TOMAHAWK, WI 54539

GREEN BAY WI 543

FOREVER USA



Barn Swallow

OFFICE OF THE CLERK
U. S. DISTRICT COURT
120 N. HENRY ST, RM 320
MADISON, WI 53703

53703-430499